The below described is SIGNED.

Dated: March 16, 2009



R. KIMBALL MOSIER
U.S. Bankruptcy Judge



UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re: Roger Scott Bryner

Roger Scott Bryner, Debtor(s).

Plaintiff(s)

v.

Lindberg and Skanchy

Defendant(s)

Case No: 08-26804

Chapter 13

Adversary No: 09-2083

### ORDER DIRECTING TRANSMITTAL OF MOTION FOR WITHDRAWAL OF REFERENCE TO THE UNITED STATES DISTRICT COURT

Pursuant to District Court Rules of Practice DUCivR 83-7.2, because the attached motion for withdrawal of reference:

☒ 1. seeks resolution of a matter requiring consideration of both Title 11 and other laws of the United States regulating organizations or activities affecting interstate commerce [28 U.S.C. § 157(d)]

☐ 2. involves an adversary proceeding regarding a personal injury or wrongful death tort claim against the estate [28 U.S.C. § 157(b)(5)]

☒ 3. alleges that cause exists for the withdrawal of the action to the District Court pursuant to 28 U.S.C. § 157(d),

it is hereby ordered transmitted to the United States District Court for the District of Utah for consideration.

The Clerk of the Bankruptcy Court is ordered to submit a certified copy of this order, along with a certified copy of the attached motion for withdrawal of reference, to the Clerk of the District Court. Any objections or responses must be filed in the District Court.

Not later than ten (10) days after entry of a dispositive order by the District Court, the prevailing party is hereby ordered to file a certified copy of the same with the Clerk of the Bankruptcy Court. The copy so filed shall include the case numbers appearing on this order.

* * * END OF DOCUMENT * * *

Rev 1/07